FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Emanuel Robert Hudson Jr.
    SSN/ITIN: xxx–xx–3009
    Debtor
  Carnecia Tameka Hudson
    SSN/ITIN: xxx–xx–9646
    Joint Debtor

Bankruptcy Case No.:   13–40085–KKS

Chapter:  13
Judge:  Karen K. Specie

---

### *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

- Leigh D. Hart is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

- The bankruptcy case of the above–named debtor is closed; and

- Other provisions: None

**DONE AND ORDERED** at Tallahassee, Florida, September 17, 2018 .

<u>/s/ Karen K. Specie</u>
Karen K. Specie
U.S. Bankruptcy Judge

Service by the Court to:
    All parties in interest